# Court of Appeals
# of the State of Georgia

ATLANTA, August 09, 2024

*The Court of Appeals hereby passes the following order*

**A25D0003. ANTHONY OLIVER v. CRYSTAL MARIE FIELD.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

SUCV2024000089



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 09, 2024.*

*I certify that the above is a true extract from the minutes*
*of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*